UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WILLIAM F. SOLFISBURG,
    Plaintiff,

v.     Civil Action No. 1:18-cv-10266-IT

APEX HOMES, INC.,
APEX HOMES OF PA., LLC, GLENCO, INC.,
DAVID BILLINGSLEY, P.E.,
PFS CORPORATION D/B/A PFS TECO
and SET CONNECTORS, INC.,
    Defendants.

### SETTLEMENT ORDER OF DISMISSAL

TALWANI, D.J.

The Court having been advised on November 10, 2022, that the above-entitled action has been settled:

IT IS ORDERED that the action against defendants is hereby dismissed, without costs and without prejudice to the right of any party, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

Dated: November 10, 2022                            /s/Gail A. Marchione,
                                                                **Courtroom Deputy Clerk**